No. 97–7616. MacKenzie v. Owens et al. Sup. Ct. Okla. Certiorari denied.

No. 97–7617. Jenkins v. Georgia. Sup. Ct. Ga. Certiorari denied.

No. 97–7626. Washington v. Diesslin, Western Regional Director, Colorado Department of Corrections, et al. C. A. 10th Cir. Certiorari denied.

No. 97–7629. Agadaga v. Immigration and Naturalization Service. C. A. 9th Cir. Certiorari denied.

No. 97–7641. Cothren v. Alabama. Sup. Ct. Ala. Certiorari denied.

No. 97–7648. King v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, et al. C. A. 5th Cir. Certiorari denied.

No. 97–7650. Spann v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–7652. Schwarz v. Woodruff, Inc. Sup. Ct. Utah. Certiorari denied.

No. 97–7659. Gasero v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 97–7664. Palmer v. Mazurkiewicz, Superintendent, State Correctional Institution at Rockview, et al. C. A. 3d Cir. Certiorari denied.

No. 97–7692. Henry v. Illinois. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 97–7695. Altimus v. Department of Defense et al. C. A. D. C. Cir. Certiorari denied.

No. 97–7704. Wallace v. Shalala, Secretary of Health and Human Services. C. A. 4th Cir. Certiorari denied.